GOVT EXH. 1



**U.S. Immigration
and Customs
Enforcement**

**U.S. Department of Homeland Security
Immigration and Customs Enforcement**

**Record of Sworn Statement**

Office: _____ NOL ICE/ERO _____

A-File: 221 433 520

Statement by: BODDEN  WELCOME, OSBORN  NASH

In the case of: BODDEN  WELCOME, OSBORN  NASH

At: ERO New Orleans, LA.

Date: 04/16/2025

Before: HAI  NGUYEN , DO

I am an officer of the United States Immigration and Customs Enforcement, authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. I desire to take your sworn statement regarding your identity, Immigration status, Criminal history, and other information.

*Yo soy un official de el Servicio de Inmigracion y Aduanas de los Estados Unidos, autorizado por ley a tomar juramentos y testimonio en relacion a el cumplimiento de las leyes de Inmigracion y Nacionalidad de los Estados Unidos. Deseo tomar su declaracion jurada con respecto a su identidad, estado migratorio, historial criminal y otros datos.*

**You have the right to remain silent.**
*Usted tiene el derecho de guardar silencio.*

**Anything you say can be used against you in court.**
*Cualquier cosa que usted diga puede ser usada en su contra en una corte de ley.*

**You have the right to consult with an attorney and to have them present during questioning.**
*Usted tiene el derecho de hablar con un abogado, y de tenerlo presente durante el interrogatorio.*

**If you cannot afford an attorney, one will be appointed to represent you prior to any questioning.**
*Si usted no puede pagar un abogado, se le puede proporcionar uno para representarle antes de cualquier interrogatorio.*

1. Do you understand your rights?
   *¿Entiende usted sus derechos?*  YES

2. Are you willing to waive these rights and talk to me?
   *¿Esta usted dispuesto a renunciar estos derechos y hablar conmigo?*  YES

**Page 1 of 3**

Initials: _____

3. Do you understand what I've said to you?
   *¿Entiende usted lo que acabo de decirle?*  YES, SIR.

4. Any statement you make must be made voluntarily. Are you willing to answer my questions at this time?
   *¿Cualquier declaracion que usted haga debe ser voluntaria. Esta usted dispuesto a contester mis preguntas en estos mometos?*  YES, SIR.

5. Do you swear or affirm that all the statements you are about to make are true and complete?
   *¿Jura o afirma que su declaracion sera cierta y completa?*  YES, SIR.

6. What is your true and correct name?
   *¿Cual es su nombre correcto y completo?*  OSBORN  NASH  BODDEN  WELCOME

7. Have you used any other names?
   *¿Ha usado usted algunos otros nombres?*  NO, SIR.

8. What is your date and place of birth?
   *¿Cual es su fecha y lugar de nacimiento?*  11/24/1993.  HONDURAS

9. Of what country are you a citizen?  HONDURAS
   *¿De que pais es usted ciudadano?*

10. When did you last enter the United States?   2022  MORE  OR  LESS
    *¿Cuándo entro usted por ultima vez a los Estados Unidos?*

11. How and where did you enter the United States at that time?
    *¿Como y porque sitio entro usted a los Estados Unidos en esa ocasión?*
    THROUGH  MEXICO.

12. Did you register with the Department of Homeland Security to inform them that you were presently in the United States?
    ¿Se registró en el Departamento de Seguridad Nacional para informarles que se encontraba actualmente en los Estados Unidos?  NO

13. Is there anything else you would like to say at this time?
    ¿Hay algo más que le gustaría decir en este momento?

    NO, SIR.

Page 2 of 3                    Initials: _____

I have read (or have had read to me) the foregoing statement, consisting of _____ pages. I affirm that the answers attributed to me herein are true and correct to the best of my knowledge and belief, and that this statement is a full, true, and correct record of my questioning by the above mentioned officer of the Immigration and Customs Enforcement. I have initialed each page of this statement (and the corrections noted on page(s) _____).

*He leído (o me han leído) la anterior declaración, que consiste de _____ paginas. Yo afirmo que las respuestas que se me atribuyen aquí son ciertas y correctas de acuerdo a lo mejor de mi conocimiento y creencia, y que esta declaración es una versión completa, cierta y correcta del interrogatorio hecho por el oficial del Servicio de Inmigración y Aduanas anteriormente mencionado. He puesto mis iniciales en cada pagina de esta declaración (y en las correcciones en las pagina(s) _____).*

**Alien's Signature:** _____

**Officer's Signature:** _____

**Page 3 of 3**                    **Initials:** _____